JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-70047 LB |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, AND WAIVING TIME FOR PRELIMINARY HEARING |
| ) | |
| v. ) | |
| ) | |
| JESSE JAMES REDONDO, ) | Date: March 18, 2010 |
| ) | Time: 10:00 a.m. |
| ) | Court: Hon. Laurel Beeler |
| Defendant. ) | |

## I. PROCEDURAL HISTORY

On January 26, 2010, a criminal complaint was filed against Defendant, Jesse James Redondo, alleging a violation of 21 U.S.C. § 841(a)(1). On January 27, 2010, an initial appearance occurred where Defendant was advised of his rights and the charges. The Court ordered time excluded under the Speedy Trial Act from February 1, 2010, to February 25, 2010 because (A) failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

[PROPOSED] ORDER EXCLUDING TIME AND WAIVING TIME FOR PRELIMINARY HEARING
CR-10-70047 LB

diligence, and (B) the ends of justice served by excluding time outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Defendant also waived time under which the Court must hold a preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure.  On February 25, 2010, the parties stipulated to exclude time under the Speedy Trial Act until March 18, 2010, for effective preparation of defense counsel and to allow the defense time to evaluate the evidence in the case.  18 U.S.C. § 3161(B)(iv).  The Defendant again waived time for a preliminary hearing under Rule 5.1.  The Court ordered an exclusion of time until March 18, 2010.

## II. SPEEDY TRIAL ACT

At the hearing on March 18, 2010, at the request of the government and with the agreement of defense counsel, the Court excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 18, 2010 to April 6, 2010, to enable Defendant's newly hired counsel, Joseph Mastro, time to become admitted to practice in the Northern District of California and time to meet with his client and review the discovery.  The Court found that (A) failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by excluding the period from March 18, 2010 to April 6, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

## III. PRELIMINARY HEARING

At the hearing, Defendant agreed to waive the time under which the Court must hold preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure. Defendant's counsel indicated that the Defendant has not discussed with his newly hired counsel whether to accept the United States' plea offer that may result in Defendant waiving indictment, and therefore needs additional time beyond the 10 days otherwise provided for in the Rules of Criminal Procedure to evaluate the offer.  Accordingly, the Court found that the Defendant knowingly and intelligently waived time under 5.1(c) until April 6, 2010.

[PROPOSED] ORDER EXCLUDING TIME AND WAIVING TIME FOR PRELIMINARY HEARING
CR-10-70047 LB

IV. CONCLUSION

Time is excluded under the Speedy Trial Act between March 18, 2010 to April 6, 2010. Time for a preliminary hearing is waived under Rule 5.1 until April 6, 2010.

IT IS SO ORDERED

DATED: March 25, 2010

LAUREL BEELER
United States Magistrate Judge