JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>   v. ) <br> ) <br> JESSIE JAMES REDONDO, ) <br>     a/k/a "Jessie James Redondo, Jr.," ) <br>     a/k/a "JJ," ) <br>     a/k/a "J," ) <br> ) <br>       Defendant. ) <br>                                ) | No. CR-10-00237 SBA <br><br> ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 6, 2010 TO APRIL 27, 2010 <br><br> Date:    April 27, 2010 <br> Time:    9:00 a.m. <br> Court:   Hon. Saundra B. Armstrong |

    The defendant, Jessie James Redondo, represented by Angela Hansen, Office of the Federal Public Defender, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on April 6, 2010 for arraignment in the above-entitled matter. Counsel for the defendant represented that she required additional time to review previously produced discovery. Counsel for the government represented that additional discovery has been recently produced to the defendant. On that basis, the parties jointly requested that the matter be continued to April 27, 2010 before United States District Judge Saundra B. Armstrong and that time be excluded under the Speedy Trial Act

ORDER
No. CR-10-00237 SBA

1  between April 6, 2010 and April 27, 2010.

2      Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between April 6, 2010 and April 27, 2010 would unreasonably deny
4  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
7  between April 6, 2010 and April 27, 2010 from computation under the Speedy Trial Act
8  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
9  3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between April 6, 2010 and
10 April 27, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
11 3161(h)(7)(A) and (B)(iv).

13 DATED:  April 13, 2010            _____
14                                    HON. DONNA M. RYU
                                      United States Magistrate Judge

[Stamp: GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California]

ORDER
No. CR-10-00237 SBA                              -2-