1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant REDONDO

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     OAKLAND DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR-10-00237 SBA
                                    )
11         Plaintiff,                )   STIPULATED REQUEST TO CONTINUE
                                    )   HEARING DATE TO JULY 27, 2010 AND
12    v.                            )   TO EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT AND ORDER
13                                  )
   JESSIE JAMES REDONDO,            )
14                                  )   Hearing Date: June 15, 2010
           Defendant.                )   Time:         9:00 a.m.
15                                  )
   _____   )
16

17        The above-captioned matter is set on June 15, 2010 before this Court for a status hearing.

18 The parties jointly request that the Court continue the matter to July 27, 2010 at 9:00 a.m., and

19 that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

20 between June 15, 2010 and July 27, 2010.

21        On April 1, 2010, the Grand Jury charged Mr. Redondo with possession with intent to

22 distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), possession of a firearm in

23 furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), and as a felon in

24 possession of a firearm, in violation of 18 U.S.C. § 922(g).  He is subject to a mandatory

25 minimum sentence of 10 years, and a statutory maximum of life imprisonment.  He also faces a

26 mandatory consecutive sentence of 5 years for the Section 924(c) offense.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA

1    The current status of the case is that the parties are negotiating this matter and anticipate
2 that there will be a negotiated disposition of the case. In the meantime, the government has
3 produced discovery to the defense and defense counsel needs additional time to review and
4 process the discovery provided and to discuss those materials with her client. Additionally, the
5 government has new Rule 16 discovery that it plans to produce this week, and the defense needs
6 time to review that discovery. The defense also requires additional time to complete its
7 investigation of the circumstances of the offense and to collect Mr. Redondo's prior conviction
8 records to prepare an estimate of his anticipated Guidelines range.
9    The requested continuance will allow the defense to complete its review of the discovery,
10 to investigate the underlying facts of the case, and to obtain and review records. For this reason,
11 the parties agree that the failure to grant this continuance would unreasonably deny counsel for
12 defendant the reasonable time necessary for effective preparation, taking into account the
13 exercise of due diligence.
14    The parties further stipulate and agree that the ends of justice served by this continuance
15 outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the
16 parties agree that the period of time from June 15, 2010 to July 27, 2010, should be excluded in
17 accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
18 for effective preparation of defense counsel, taking into account the exercise of due diligence.

19 DATED: June 9, 2010             /S/
                                   WADE RHYNE
20                                 Assistant United States Attorney

21
   DATED: June 9, 2010             /S/
22                                 ANGELA M. HANSEN
                                   Assistant Federal Public Defender
23

24   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this e-filed document.         /S/ ANGELA M. HANSEN
25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA            2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the government has produced discovery in this case and that defense counsel needs time to complete its review the discovery and to discuss the discovery materials with her client;

2. Given that the government has new Rule 16 discovery that it plans to produce this week, and that the defense needs time to review that discovery;

3. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain records to calculate defendant's sentencing Guidelines range;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of June 15, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for July 27, 2010 at 9:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from June 15, 2010 to July 27, 2010.

DATED:6/10/10

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge