BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant REDONDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>   v.                         )<br>                              )<br>                              )<br>JESSIE JAMES REDONDO,         )<br>                              )<br>        Defendant.            )<br>                              )<br>_____) | No. CR-10-00237 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Hearing Date: September 21, 2010<br>Time:         9:00 a.m. |

   The above-captioned matter is set on September 21, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to November 9, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between September 21, 2010 and November 9, 2010.

   On April 1, 2010, the Grand Jury charged Mr. Redondo with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), and as a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). He is subject to a mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment. He also faces a mandatory consecutive sentence of five years for the Section 924(c) offense.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA

1    The current status of the case is that the parties are negotiating this matter and anticipate
2 that there will be a negotiated disposition of the case.  In the meantime, the government has
3 produced discovery to the defense and defense counsel needs additional time to review and
4 process the discovery provided and to discuss those materials with her client.  Additionally, the
5 government recently produced additional Rule 16 discovery, and the defense needs additional
6 time to review that discovery, which consists of hours of lengthy recorded jail tapes.  The
7 defense also requires additional time to complete its investigation of the circumstances of the
8 offense and to collect Mr. Redondo's prior conviction records to prepare an estimate of his
9 anticipated Guidelines range.

10   The requested continuance will allow the defense to complete its review of the discovery,
11 to investigate the underlying facts of the case, and to obtain and review records.  For this reason,
12 the parties agree that the failure to grant this continuance would unreasonably deny counsel for
13 defendant the reasonable time necessary for effective preparation, taking into account the
14 exercise of due diligence.

15   The parties further stipulate and agree that the ends of justice served by this continuance
16 outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
17 parties agree that the period of time from September 21, 2010 to November 9, 2010, should be
18 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)
19 and (B)(iv),  for effective preparation of defense counsel, taking into account the exercise of due
20 diligence.

21 DATED: September 15, 2010                          /S/
                                                                        WADE RHYNE
22                                                                Assistant United States Attorney

23
   DATED: September 15, 2010                          /S/
24                                                                ANGELA M. HANSEN
                                                                  Assistant Federal Public Defender
25

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
26 within this e-filed document.                      /S/ ANGELA M. HANSEN

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA              2

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the government has produced discovery in this case and that defense counsel needs time to complete its review the discovery and to discuss the discovery materials with her client;

2. Given that the government has recently produced Rule 16 discovery, and that the defense needs additional time to review that discovery, which consists of hours of lengthy recorded jail tapes;

3. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain records to calculate defendant's sentencing Guidelines range;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of September 21, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for November 9, 2010 at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from September 21, 2010 to November 9, 2010.

DATED:9/20/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge