1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant REDONDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00237 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 11, 2011 |
| v. | ) ) | FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE |
| | ) ) | SPEEDY TRIAL ACT AND ORDER |
| JESSIE JAMES REDONDO, | ) ) | Hearing Date: November 9, 2009 Time:          9:00 a.m. |
| Defendant. | ) ) | |
| | ) | |

The above-captioned matter is set on November 9, 2009 before this Court for change of plea. The parties jointly request that the Court continue the matter to January 11, 2011 at 10:00 a.m. for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and January 11, 2011.

The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement. The parties request that the Court take the parties' proposed plea agreement under submission and that the Court refer this matter to the United States Probation Office for a full pre-sentence investigation.

If the Court agrees to take the parties' proposed agreement under submission, the parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA

1  consideration of the proposed plea agreement to be entered into by the defendant and the

2  attorney for the Government. A copy of the plea agreement and Mr. Redondo's signed consent

3  to institute a pre-plea investigation will be submitted together with the Court's courtesy copy of

4  this stipulation. These documents have not been e-filed.

6  DATED: October 15, 2010                    /S/
                                              WADE RHYNE
7                                             Assistant United States Attorney

9  DATED: October 15, 2010                    /S/
                                              ANGELA M. HANSEN
                                              Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00237 SBA                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Redondo has signed a consent to institute a pre-sentence investigation and to disclose the report before his plea of guilty;

3. Given that the Court will take the proposed plea agreement under submission until the United States Probation Office can prepare a Presentence Investigation Report;

Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Office to prepare a pre-plea Presentence Investigation Report. IT IS FURTHER ORDERED that the status hearing set for November 9, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this matter is reset to January 11, 2011, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to January 11, 2011, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED:10/18/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge