UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSIE JAMES REDONDO,<br>    a/k/a "Jessie James Redondo, Jr.,"<br>    a/k/a "J,"<br><br>    Defendant. | **Case No.  CR 10-0237 SBA**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on January 12, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. a High Standard, Model HSA-15, semi-automatic assault rifle with serial number RES01577;

2. a Smith and Wesson, .38 caliber revolver with serial number J568411;

3. a Beretta .32 caliber semi-automatic pistol with serial number 828256, and

4. All ammunition and magazines seized,

pursuant to Title 21, United States Code, Section 853(a).

///

1  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall
2  seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website
3  for at least thirty days, notice of this Order, notice of the government's intent to dispose of the
4  property in such manner as the Attorney General may direct and provide notice that any person,
5  other than the defendant, having or claiming a legal interest in the property must file a petition
6  with the Court and serve a copy on government counsel within thirty (30) days of the final
7  publication of notice or of receipt of actual notice, whichever is earlier.
8  IT IS FURTHER ORDERED that, the government may conduct discovery in order to
9  identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of
10  the Federal Rules of Criminal Procedure; and
11  IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the
12  Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of
13  Criminal Procedure 32.2(e).
14  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
15  Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the
16  time of his sentencing on January 11, 2011 and as such, was made part of the sentence and
17  included in the judgment dated January 12, 2011.
18  IT IS SO ORDERED this   11th   day of   June   2013.
19
20  _____
    SAUNDRA B. ARMSTRONG
21  United States District Judge